## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No. 15-05227(BKT) |
| SURGIFIX INC. | Chapter 7 |
| Debtor | Adv. Proc. No.: 17-00194(BKT) |
| NOREEN WISCOVITCH RENTAS, TRUSTEE | |
| Plaintiff, | |
| v. | |
| Defendants | |
| HERNAN JOSE TORRES
JOSE R. FUMERO | |

### CERTIFICATE OF SERVICE

**COMES NOW, NOREEN WISCOVITCH-RENTAS,** Debtor's Chapter 7 Trustee, represented by the undersigned attorney and to this Honorable Court very respectfully states and prays as follows:

1. That the instant Complaint was filed on July 6, 2017, and is for Fraudulent Transfer and Turnover of Preferential Transfers pursuant to §547 and §548 of the Bankruptcy Code.

2. On July 21, 2017 a true and exact copy of the Complaint, Order and Summon were served by certified mail return receipt requested, to: Mr. Hernan Jose Torres, 103 Purgee Rock, Jupiter, FL 33458-1633 and Mr. Jose R. Fumero, 1507 Ponce de Leon Ave., Santurce, PR 00907. **(See: Exhibit 1)**

**WHEREFORE,** it is hereby respectfully requested that the Court take note of the above.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the **Assistant US Trustee**, US Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901 and parties in interest.

In San Juan, Puerto Rico this 27th day of July of 2017.

/s/ **AIMEE I LOPEZ PABON**
**USDC No. 229906**
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Tel: (787) 726-0077
Email:al@g-glawpr.com



